UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARK THOMPSON,<br><br>          Plaintiff,<br><br>     v.<br><br>THE SHEET METAL WORKER'S NATIONAL PENSION FUND,<br><br>          Defendant. | Case No. EDCV 15-1116 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Plaintiff Mark Thompson's Motion for Summary Judgment against The Sheet Metal Worker's National Pension Fund is DENIED. The Court enters Judgment in favor of Defendant as to the determination of Plaintiff's benefit delays for his employment at Holmes Equipment and Supply Co. and the Elks Lodge. The Court enters Judgment in favor of Defendant as to the determination of Plaintiff's benefit delays for his self-employment renovating and selling three houses.

Dated: May 15, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge